IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA
PLAINTIFF,

v.  Cr. No. 2:07CR20076-001

JUAN GERARDO MEZA-CERVANTES
DEFENDANT.

ORDER FOR REMISSION OF FINE

Now on this 27th day of February, 2012, comes on to be considered the United States' Petition for Remission of Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On May 8, 2008, Defendant was sentenced to 57 months incarceration, 0 years of supervised release with anticipated deportation, a $100.00 special assessment and a $1,500.00 fine. The United States collected a total of $225.00 while the defendant was incarcerated in the Bureau of Prisons.

2. The United States moves to remit Defendant's fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -
>
> 1) remit all or part of the unpaid portion of the fine or special assessment, including interest
> and penalties. This statute shall apply to all fines and assessments, irrespective
> of the date of imposition."

3. The United States states that the Defendant was deported on January 20, 2012, and that there is no reasonable likelihood that the fine can be collected.

4. Upon due consideration, the United States' Petition for Remission of Fine is hereby granted and Defendant's fine is remitted.

IT IS SO ORDERED.

*[Signature]*
HONORABLE ROBERT T. DAWSON
U. S. DISTRICT JUDGE

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

FEB 27 2012

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk